■ The People of the State of New York, Respondent, v Alan Jones, Appellant. [723 NYS2d 407] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 15, 1986 (*People v Jones,* 125 AD2d 494), affirming a judgment of the Supreme Court, Queens County, rendered September 13, 1982.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Ritter, J. P., Altman, Friedmann and Florio, JJ., concur.